UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            : Chapter 13
    William Gerard Johnson
                                           : Bankruptcy No. 16-10446SR

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2016  I served or caused to be served a true and Correct  copy of the within reply to  the Chapter 13 Trustee's Motion for Dismissal upon all interested parties set forth below by first class mail or by electronic means:

                                                          _____/s/_____
                                                          Frances M. Odza, Esquire
                                                          Attorney for Debtor

Polly A. Langdon, Esquire
For Frederick L. Reigle, Esquire
2901 Saint Lawrence Avenue
PO Box 4010
Reading, PA 19606

William Gerard Johnson
2805 Longshore Avenue
Philadelphia, PA 19149