UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

WILLIAM GERARD JOHNSON

                                                                                : Bankruptcy No. 16-10446SR

          Debtor(s)                             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*
Stephen Raslavich, B. J.

**Date: August 3, 2016**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

FRANCES M ODZA ESQ
8400 BUSTLETON AVENUE
SUITE 301
PHILADELPHIA PA 19152-

WILLIAM GERARD JOHNSON
2805 LONGSHORE AVENUE
PHILADELPHIA,PA.19149