United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-10446-sr
William Gerard Johnson                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3                Date Rcvd: Aug 03, 2016
                              Form ID: pdf900         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
```
db           +William Gerard Johnson,    2805 Longshore Avenue,    Philadelphia, PA 19149-1933
cr           +NATIONSTAR MORTGAGE LLC,    Kristen D. Little, Esquire,    Shapiro & DeNardo, LLC,
               3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
cr           +Quaint Oak Bank,    c/o Jennifer D. Gould, Esq.,    777 Township Line Road,   Suite 120,
               Yardley, PA 19067-5559
13677888      American Express Bank, FSB,   c o Becket and Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701
13664404      American Express/Lowes,    PO Box 1270,   Newark, NJ 07101-1270
13664405     +Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019
13679115     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13761665     +CHESTNUT HILL CLINIC COMPANY C/O PASI,    PO BOX 188,   BRENTWOOD, TN 37024-0188
13664407      Caldwell Banker Mortgage,   PO Box 5452,    Mount Laurel, NJ 08054-5452
13664410     +Charles and Kimberly Femmer,    912 Magee Avenue Second floor,    Philadelphia, PA 19111-4814
13664411      Chase,   PO Box 24696,    Columbus, OH 43224-0696
13664413     +Chase Home Finance LLC,    PO Box 24696,   Columbus, OH 43224-0696
13664414     +Chase Mortgage,   PO Box 24696,    Columbus, OH 43224-0696
13763481     +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,   700 Kansas Lane,
               Monroe, LA 71203-4774
13664417     +Chase Slate,   c/o Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13664418     +Chase/Bank One Card,    PO Box 15298,   Wilmington, DE 19850-5298
13664420     +Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
13664424     +Discover,   PO Box 15316,    Wilmington, DE 19886-5316
13707057      ECAST SETTLEMENT CORPORATION,    PO BOX 29262,   NEW YORK, NY 10087-9262
13664425     +Farmers Insurance,    PO Box 2959,   Mission, KS 66201-1359
13664427     +Geraldine White,    644 East Annsbury Street,   Philadelphia, PA 19120-4602
13664428     +Home Depot,   c/o Northland Group Inc,    PO Box 390905,   Minneapolis, MN 55439-0905
13664429     +Ida Barber,   1812 Harrison Street,    Philadelphia, PA 19124-2824
13756604      JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Kane,   Monroe, LA 71203
13664430     +Jeffrey C. Marshall,    c/o 4634 Boudinot Street,    Philadelphia, PA 19120-4521
13664431     +Kia Jones,   4634 Boudinot Street,    Philadelphia, PA 19120-4521
13664432     +Kia Mcgee,   912 Magee Avenue 1st floor,    Philadelphia, PA 19111-4814
13664433      Lynn Gambale,   2805 Longshore Ave.,    Philadelphia, PA 19149-1933
13664434     +May Young,   605 Rosalie Street,    Philadelphia, PA 19120-1223
13664435     +Nationstar Mortgage,    PO Box 619063,   Dallas, TX 75261-9063
13664437     +Nationwide Credit, Inc,    PO Box 26314,   Lehigh Valley, PA 18002-6314
13757191      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
               West Palm Beach, FL 33416-4605
13664444     +PGW,   PO Box 11700,    Newark, NJ 07101-4700
13762627     +PHH Mortgage Corporation,    One Mortgage Way,   Mail Stop: SV01,    Mount Laurel NJ 08054-4637
13664442     +Pauline Lumb,   617 Rosalie Street,    Philadelphia, PA 19120-1223
13664445     +Quaint Oak Bank,    501 Knowles Avenue,   Southampton, PA 18966-3874
13738077      Richard H. Braun,    837 N. 2nd Street, #204,   Philadelphia, PA 19123-3030
13664447     +Richard H.Braun,    Unit 204,   837 North Second Street,    Philadelphia, PA 19123-3030
13664451     +Sheila Mike,   890 Brill Street,    Philadelphia, PA 19124-1006
13664452     +United Anesthesia Services,    PO Box 828962,   Philadelphia, PA 19182-8962
13664454      Wells Fargo Bank,    PO Box 660930,   Dallas, TX 75266-0930
13709188      Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
13664455     +Wells Fargo Bank, NA,    PO Box 10335,   Des Moines, IA 50306-0335
13761032     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13664459     +Wells Fargo Visa,    PO Box 6412,   Carol Stream, IL 60197-6412
13664460     +Yvonne Casalduc,    2033 Bockius Street,   Philadelphia, PA 19124-5010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:12     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:45:27     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13760440     +E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:12
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13664409      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:44:43     Care Credit.Synchrony Bank,
               PO Box 960061,   Orlando, FL 32896-0061
13664423     +E-mail/Text: mrdiscen@discover.com Aug 04 2016 01:55:15     Discover,   PO Box 71084,
               Charlotte, NC 28272-1084
13665992      E-mail/Text: mrdiscen@discover.com Aug 04 2016 01:55:15     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 3                   Date Rcvd: Aug 03, 2016
                               Form ID: pdf900             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13664438         +Fax: 407-737-5634 Aug 04 2016 03:59:59     Ocwen Loan Servicing, LLC,   PO Box 24737,
                   West Palm Beach, FL 33416-4737
13763455          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 01:45:26
                   Portfolio Recovery Associates, LLC,   POB 41067,    Norfolk VA 23541
13664443          E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:44:43     Paypal Credit Services,
                   PO Box 960080,   Orlando, FL 32896-0080
13720891          E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2016 01:55:29
                   Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
                   Kirkland, WA 98083-0788
13670129          E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2016 01:43:59
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13664403         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:45:27     Sams Club Credit,   PO Box 530942,
                   Atlanta, GA 30353-0942
13664453         +E-mail/Text: james.feighan@phila.gov Aug 04 2016 01:56:21     Water Revenue Bureau,
                   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ocwen Loan Servicing, LLC
cr               Ocwen Loan Servicing, LLC
NONE*           +Quaint Oak Bank,    c/o Jennifer D. Gould, Esq.,   777 Township Line Road,   Suite 120,
                   Yardley, PA 19067-5559
13664406*       +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13664421*       +CITI,   PO Box 6500,   Sioux Falls, SD 57117-6500
13664422*       +CITI,   PO Box 6500,   Sioux Falls, SD 57117-6500
13664408*        Caldwell Banker Mortgage,    PO Box 5452,   Mount Laurel, NJ 08054-5452
13664412*        Chase,   PO Box 24696,   Columbus, OH 43224-0696
13664415*       +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
13664416*       +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
13664419*       +Chase/Bank One Card,   PO Box 15298,   Wilmington, DE 19850-5298
13664426*       +Farmers Insurance,   PO Box 2959,   Mission, KS 66201-1359
13664436*       +Nationstar Mortgage,   PO Box 619063,   Dallas, TX 75261-9063
13664439*       +Ocwen Loan Servicing, LLC,   PO Box 24737,   West Palm Beach, FL 33416-4737
13664440*       +Ocwen Loan Servicing, LLC,   PO Box 24737,   West Palm Beach, FL 33416-4737
13664441*       +Ocwen Loan Servicing, LLC,   PO Box 24737,   West Palm Beach, FL 33416-4737
13664446*       +Quaint Oak Bank,   501 Knowles Avenue,   Southampton, PA 18966-3874
13664448*       +Richard H.Braun,   Unit 204,   837 North Second Street,   Philadelphia, PA 19123-3030
13664449*       +Richard H.Braun,   Unit 204,   837 North Second Street,   Philadelphia, PA 19123-3030
13664450*       +Richard H.Braun,   Unit 204,   837 North Second Street,   Philadelphia, PA 19123-3030
13664456*       +Wells Fargo Bank, NA,   PO Box 10335,   Des Moines, IA 50306-0335
13664457*       +Wells Fargo Bank, NA,   PO Box 10335,   Des Moines, IA 50306-0335
13664458*       +Wells Fargo Bank, NA,   PO Box 10335,   Des Moines, IA 50306-0335
                                                                                  TOTALS: 2, * 21, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              CHRISOVALANTE FLIAKOS   on behalf of Creditor   JPMorgan Chase Bank, NA paeb@fedphe.com
              FRANCES M. ODZA    on behalf of Debtor William Gerard Johnson fmolaw@comcast.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JENNIFER D. GOULD    on behalf of Creditor    Quaint Oak Bank jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JENNIFER D. GOULD    on behalf of    Quaint Oak Bank jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
```

```
District/off: 0313-2          User: Antoinett            Page 3 of 3             Date Rcvd: Aug 03, 2016
                              Form ID: pdf900            Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

WILLIAM GERARD JOHNSON
                                                : Bankruptcy No. 16-10446SR
          Debtor(s)                             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 3, 2016**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

FRANCES M ODZA ESQ
8400 BUSTLETON AVENUE
SUITE 301
PHILADELPHIA PA 19152-

WILLIAM GERARD JOHNSON
2805 LONGSHORE AVENUE
PHILADELPHIA,PA.19149